## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                          CASE NO. 17-36767

Michael P. Murphy;                              CHAPTER 13
Julianne Murphy fka Julianne Budz
dba JM Reporting;                               JUDGE Jack B. Schmetterer

Debtor(s).


### NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 8, 2019 at 10:00 AM, or soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 682 at 219 South Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

 /s/ Crystal V. Sava
Attorney for Creditor


**NOTE: This law firm is deemed to be a debt collector.**


### CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019 a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Robert R Benjamin, Debtor's Counsel
Tom Vaughn, Trustee
Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

Michael P. Murphy, 5445 W. 99th Place, Oak Lawn, IL 60453
Julianne Murphy, 5445 W. 99th Place, Oak Lawn, IL 60453

 /s/ Veronica Gerardo

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

IN RE:                                              CASE NO. 17-36767

Michael P. Murphy;                          CHAPTER 13
Julianne Murphy fka Julianne Budz
dba JM Reporting;                           JUDGE Jack B. Schmetterer

Debtor(s).

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes Fifth Third Bank successor by merger to Fifth Third Mortgage Company, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2.      Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3.      This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4.      The debtors filed a petition for relief under Chapter 13 on December 12, 2017. The Chapter 13 Plan was confirmed on April 11, 2018.

5.      Fifth Third Bank successor by merger to Fifth Third Mortgage Company holds a mortgage secured by a lien on debtors' real estate commonly known as 5445 W 99th Place, Oak Lawn, Illinois 60453.

6.      As of April 24, 2019 there is no equity in the property as the value is $207,000.00 (per Schedule A/B) and the total payoff amount is $237,810.16.

7.      As of April 24, 2019 the loan is past due for the February 1, 2019 to April 1, 2019 payments in the amount of $2,023.76 each. The total default is $7,102.28, including attorney fees and costs in the amount of $1,031.00 for bringing this motion.

8.      The failure of the debtors to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9.      The movant requests the Court order that Rule 4001(a)(3) is not applicable

     WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

Fifth Third Bank successor by merger to Fifth Third Mortgage Company

/s/ Crystal V. Sava

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B18010019

This law firm is deemed to be a debt collector.